*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DEERWESTER, BURGTORF, and KIRKBY
Appellate Military Judges

———————————————

**UNITED STATES**
*Appellee*

**v.**

**Deems YEE**
Naval Aircrewman Mechanical Airman (E-3), U.S. Navy
*Appellant*

**No. 202200104**

———————————————

Decided: 27 September 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Donald Ostrom (arraignment)
G. Glenn Gerding (trial)

Sentence adjudged 28 January 2022 by a special court-martial convened at Naval Station Norfolk, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 210 days, and a bad-conduct discharge.

For Appellant:
*Lieutenant Commander Matthew A. Kozyra, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.